

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00123-CV

Richard C. **RESPONDEK**,
Appellant

v.

**SANDPIPER APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01788
Honorable Gloria Saldana, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellant.

SIGNED August 7, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice